# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:
RIKKI N. MAHER
DEBTOR(S)                                                    CASE NO. 19-51407

## AMENDED
## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. According to documents provided, the gross income of the debtor appears to be understated on Schedule I by approximately $818.00. Schedule I should be amended to accurately reflect the debtor's income or to provide an explanation of the difference. If Schedule I is amended to report the increased income, the plan should be amended to immediately increase plan payments consistent with any increase in projected disposable income.

2. The claim of Capital One Auto Finance secured by a 2017 Kia Forte appears to be a "910" claim that would not be subject to cram-down. If so, the claim should be treated in Part 3.3 of the plan.

3. There is a pending objection to confirmation of the amended plan filed by Capital One Auto Finance [Doc. 19]. Any changes in valuation of collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

Beverly M. Burden, Chapter 13 Trustee

By:   /s/Beverly M. Burden
      Beverly M. Burden,
      Chapter 13 Trustee
      Ky Bar ID: 09330
      P.O. Box 2204
      Lexington, KY 40588-2204
      (859) 233-1527
      notices@ch13edky.com

CERTIFICATE OF SERVICE

The foregoing was served via ECF on Robert A. Cooley on November 1, 2019.

                    Beverly M. Burden, Chapter 13 Trustee

                    By:    /s/Beverly M. Burden
                             Beverly M. Burden,
                             Chapter 13 Trustee